UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 16-22-DLB-MAS
CIVIL ACTION NO. 19-174-DLB-CJS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

TERENCE DICKENS                                                      DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the August 11, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 451), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 426 and # 441) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's "R&R" (Doc. # 451) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 426 and # 441) is hereby **DENIED**;

1

(3)     For the reasons set forth in the Magistrate Judge's R&R (Doc. # 451), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)     A separate Judgment will be filed concurrently herewith.

This 3rd day of September, 2020.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2016\16-22 Order Adopting R&R 2255.docx